# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE ROSENBERG, MICHAEL FOGLE, | ) | |
| GARY DERING, DAVID STRELITZ, | ) | |
| REBECCA WALKER, GEORGE KAIL, | ) | |
| DAVID STORCK, ELISABETH BURTON, | ) | |
| DALE BERRY, GLORIA ANDRICH, | ) | |
| LARRY ESTES, LARRY KISER, | ) | |
| KEVIN MCCARTHY, RICHARD CONNOLLY, | ) | |
| MARK GAGE, CHARLES CELLA, | ) | |
| CHRISTOPHER GOSSETT, PHILLIP GILLIS, | ) | |
| MARK GAUTHIER, FRANK CASE, | ) | |
| ANTHONY PLANSKY, KERRY PULLIAM, | ) | |
| DANIEL REDD, RONALD DESIMONE, | ) | Case No. 04 C 08219 |
| ARLENE RUDEK, CYNTHIA BAFUS, | ) | |
| RONALD BARLOW, MICHAEL SCHIFF, | ) | |
| BRENT SMITH, PAUL SPIGELMIRE, | ) | Chief Judge Holderman |
| GEORGE STRUMFELD, ROBERT BUSBY, | ) | |
| KRISTOPHER SMITH, J. GARTH SWARTLEY, | ) | |
| RICHARD SWIEG, PATRICIA SZYMANSKI, | ) | |
| HUGH TAIT, ANIL TYAGI, HAROLD WIENER, | ) | |
| BRUCE WESTON, J. ROBERT WHEELER, | ) | |
| STEVE YOUNG, CARL BODE, | ) | |
| BRENT VANPOPERING, DAVID CRAMBLETT, | ) | |
| CHRIS LANE, RANDY JONES, | ) | |
| PAUL HRABSKY, JAMES FANTONY, | ) | |
| KENNETH SCAGLIONE, MAURICE LINDQUIST, | ) | |
| LEWIS LEONE, RANDALL HASSON, | ) | |
| DAVID GOLDBERG, DALE GALFORD, | ) | |
| RICHARD DOERR, MICHAEL CLOUSE, | ) | |
| LELAND ADAMS, JEFFREY LA GRECA, | ) | |
| JOHN LANEHART, SUE LAUFER, | ) | |
| EDWARD LEHNHARDT, JOHN LUCHENE, | ) | |
| PATRICIA LOGODINSKI, DONALD MAHONEY, | ) | |
| WILLIAM MCADOO, DENNIS MCDERMOTT, | ) | |
| STEPHEN MCLAUGHLIN, RICHARD NETT, | ) | |
| PETER PERRY, WAYNE PIHL, IRVING KATZ, | ) | |
| STEVEN BARTLETT, RICHARD BOURBEAU, | ) | |
| STUART BRINKLEY, MICHAEL COSTELLO, | ) | |
| EDWARD COWAN, RANDALL DONSKY, | ) | |
| CAROL BACHWITZ DAHOUT, | ) | |
| JOHN DUFFIN, ROBERT MICHAEL HARDING, | ) | |
| WILLIAM HARRINGTON, FRITZ HENNING, | ) | |
| LAURENCE KEEPORT, JOSEPH KARBONIT, | ) | |
| WILLIAM HENSEN, TIMOTHY HATZINGER, | ) | |

MICHAEL FORD, RICHARD FINKEL, and )
ESTATE OF HARLEY WOODS, )
  )
       Plaintiffs, )
  )
vs. )
  )
CNA FINANCIAL CORP. and the )
CNA SEVERANCE PAY PLAN, )
  )
       Defendants. )
  )

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Plaintiffs and Defendants (collectively, the "parties") filed a Joint Motion for Voluntary

Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) on October 4,

2007

Having reviewed the joint motion, IT IS HEREBY ORDERED:

1.      The Parties' Joint Motion for Voluntary Dismissal with Prejudice is GRANTED.

2.      This case, including each and every claim by each and every plaintiff listed above, is

hereby dismissed in its entirety and with prejudice.

3.      This is a final judgment order and this case is terminated.

                ENTER:

                _James F. Holderman_

                JAMES F. HOLDERMAN
            Chief Judge, United States District Court

Date:    October 5    , 2007

CHI99 4886786-1.038246.0025

2